IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DEVON ADARIUS STURGIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV 125-207 |
| SERGEANT MONIQUE HILL; OFFICER COBB; and LT. CLAYTON JOHNSON, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a federal claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this ___10th___ day of December, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA